MAYFIELD, J.—Petition by the State for certiorari to Court of Appeals to review and revise the judgment of the said court reversing the judgment of the trial court in the case of *Diamond v. The State,* 15 Ala. App. 33, 72 South. 558.    Writ denied.

## EX PARTE STOUT.

(Decided November 30, 1916.    73 South. 1002.)

CERTIORARI to Court of Appeals.

WERT & LYNNE, for petitioner.    W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, contra.

MCCLELLAN, J.—Petition of Tobe Stout for certiorari to Court of Appeals to review and revise the judgment of said court affirming the trial court in the case of *Stout v. The State,* 15 Ala. App. 206, 72 South. 762.    Writ denied.

## EX PARTE TRENT.

(Decided February 1, 1917.    73 South. 1002.)

CERTIORARI to Court of Appeals.

ALLEN, BELL & SADLER, for petitioner.    W. L. MARTIN, Attorney General, contra.

Per Curiam.—Petition of Mrs. C. A. Trent for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *Trent v. The State,* 15 Ala. App. 485, 73 South. 834.    Writ denied.

## EX PARTE THOMPSON.

(Decided November 16, 1916.    73 South. 1002.)

ORIGINAL petition in Supreme Court.

TAYLOR & WATTS, for petitioner.    ZACH I. DRAKE, contra.

Per Curiam.—Petition of Walter Thompson to prevent the judge of the Madison County Law and Equity Court from trying a case.    Petition dismissed by petitioner.